

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**KIRY K. GRAY**
Clerk of Court

February 15, 2018

San Bernardino Superior Court, San Bernardino Justice Center
247 West 3rd Street
San Bernardino, CA 92401

Re: Case Number:  5:17-cv-01953-AG-MRW
    Previously Superior Court Case No.  CIVDS 1612898
    Case Name:  GREGORY CLAYBORN ET AL V. COUNTY OF SAN BERNARDINO ET AL

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on  2/13/2018 , the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U.S. District Court

By: /s/ *Lori Wagers*
    Deputy Clerk
    714-338-4780
    Southern Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

_____        By: _____
Date                              Deputy Clerk

CV-103 (10/15)    LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)